## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge
Criminal No. 3:21-cr-00110-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. JACOB PAUL BERMEL

---

| | |
|---|---|
| Gov. Atty(s): Melisa Kay Zaehringer | : ✔ Indictment    Superseding Indictment    Information |
| Def. Atty(s): Diane Z. Helphrey | : In 3 Count(s) – Code Violation: |
| Court Reporter: Debra Thornburg | : SEXUAL EXPLOITATION OF CHILDREN - 18:2251(a)- Production of Child Pornography (1) |
| Interpreter: N/A | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO - 18:2252(a)(2), 2252(b)(1) - Receipt and Distribution of Child Pornography (2) |
| Date: September 26, 2022 | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO - 18:2252(a)(4)(B), 2252(b)(2) - Possession of Child Pornography (3) |
| Time Start: 4:00 pm   Time End: 4:38 pm | : |

---

✔ Defendant reaffirmed guilty plea to Count(s) 1 and 3.    :    ✔ Court adopted findings of Final PSR
  Jury    Court guilty verdict to Count(s)                   :       Final PSR as amended

Minutes:

Defendant present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR. Total Offense Level = 40; Criminal History Category = I; Guideline Imprisonment Range = 292 to 365 months. A victim impact statement is read to the Court. Parties argue appropriate sentence. Defendant waives allocution. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a total term of 300 months, consisting of 300 months as to Count 1 and 240 months as to Count 3, to be served concurrently. A 10 year term of supervised release to follow as to each of Counts 1 and 3, to be served concurrently. Court recommends placement in a facility closest to Muscatine, Iowa. $200 Special Assessment ($100 per count). Restitution in the amount of $12,000.

Count 2 is Dismissed upon motion of the United States.

Defendant is remanded to the custody of the United States Marshal.

/s./ K. Chrismer
Deputy Clerk